**IN THE UNITED STATES DISTRICT COURT**
**<u>FOR THE DISTRICT OF MARYLAND</u>**

| | | |
|---|---|---|
| TINA BOND | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-15-2513 |
| | * | |
| EDENWALD GENERAL GERMAN | * | |
| HOME OF THE AGED | * | |
| | ****** | |

## MEMORANDUM

Defendant has filed a partial motion to dismiss. The motion (document 6) will be granted. Plaintiff apparently does not challenge defendant's contention that counts 5 and 6 did not state claims upon which relief could be granted. I agree that the defendant's motion appears meritorious. Accordingly, counts 5 and 6 are dismissed.

Plaintiff was required to file her discrimination charge on or before June 29, 2015. She did not do so. She did attempt to file a state court action alleging employment discrimination on June 15, 2015, but she did not pay the filing fee.

A separate order is being entered herewith.

Date: 11/12/15

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 NOV 12 AM 11:26
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY