IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINA BOND | * | |
| | * | |
| v. | * | Civil No. – JFM-15-2513 |
| | * | |
| EDENWALD GENERAL GERMAN | * | |
| HOME OF THE AGED | * | |

\*\*\*\*\*\*

## MEMORANDUM

Two motions are pending in the present case: defendant's motion to strike and plaintiff's motion to consolidate.

Defendant's motion to strike will be denied. In light of the *pro se* status of plaintiff, I am reluctant to strike pleadings filed on her behalf. Of course, I will prevent a jury from viewing inappropriate documents.

Plaintiff's motion to consolidate is denied. There is no other action pending in this court with which this action could be consolidated.

Date: December 3, 2015        /s/_____
                              J. Frederick Motz
                              United States District Judge

